**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| JOHN C. PORTER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> GRAFTECH INTERNATIONAL LTD., DAVID RINTOUL, QUINN COBURN, MARCEL KESSLER, TIMOTHY K. FLANAGAN, JEREMY S. HALFORD, BCP IV GRAFTECH HOLDINGS LP, BROOKFIELD CAPITAL PARTNERS LTD., and BROOKFIELD ASSET MANAGEMENT LTD., <br><br> Defendants. | Civil Action No. 1:24-cv-00154-DCN |

**SUPPLEMENTAL DECLARATION OF JAMES R. CUMMINS IN FURTHER SUPPORT OF SHEKHAR AGRAWAL'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, James R. Cummins, hereby declare that:

1. I am a partner at Cummins Law LLC ("Cummins Law"), liaison counsel for lead plaintiff movant Shekhar Agrawal, individually and on behalf of Jai Agrawal and Arya Samaj Greater Houston, ("Movant"). I respectfully submit this supplemental declaration in further support of Movant's Motion for Appointment as Lead Plaintiff in the above-captioned action (the "Action") and Approval of Selection of Counsel for the Class.

2. Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit G**: Article titled *Pay-Up Time* by Richard Gutierrez published in THE SAN JUAN DAILY STAR on August 16, 2023; and

2

**Exhibit H**:     Complaint filed in the *Retirement System for the University of Puerto Rico v. University of Puerto Rico*, Civil No. SJ2023CV04406 (Commonwealth of Puerto Rico, Sup. Ct. San Juan) (May 11, 2023).

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

DATED: April 15, 2024

*/s/ James R. Cummins*
James R. Cummins

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys on record.

**CUMMINS LAW LLC**

*/s/ James R. Cummins*
James R. Cummins (0000861)
312 Walnut Street, Suite 1530
Cincinnati, Ohio 45202
Tel: 513.721.9000
Fax: 513.721.9001
jcummins@cumminslaw.us