**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| JOHN C. PORTER, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>   vs.<br><br>GRAFTECH INTERNATIONAL LTD., DAVID RINTOUL, QUINN COBURN, MARCEL KESSLER, TIMOTHY K. FLANAGAN, JEREMY S. HALFORD, BCP IV GRAFTECH HOLDINGS LP, BROOKFIELD CAPITAL PARTNERS LTD., and BROOKFIELD ASSET MANAGEMENT LTD.,<br><br>          Defendants. | No. 1:24-cv-00154-DCN<br><br>Judge Donald C. Nugent<br><br><u>CLASS ACTION</u> |

<u>**SHEKHAR AGRAWAL'S NOTICE OF LODGING**</u>
<u>**SUPPLEMENTAL EVIDENCE IN ADVANCE OF HEARING**</u>

Movant Shekhar Agrawal, individually and on behalf of Jai Agrawal and Arya Samaj Greater Houston, by and through their undersigned attorneys, respectfully lodges the accompanying exhibits in advance of the hearing in the above-captioned matter scheduled for May 7, 2024:

Exhibit A:    Special Power of Attorney, Jai Agrawal

Exhibit B:    Special Power of Attorney, Arya Samaj Greater Houston

Movant University of Puerto Rico Retirement System called for the production of the attached powers of attorney in its reply brief. *See* Dkt. No. 31, p. 3. To the extent the documents may be helpful, Mr. Agrawal will present them to the Court at the upcoming hearing. *See* Fed. R. Evid. 902(8).

//

//

Respectfully submitted,

DATED: May 1, 2024                              **CUMMINS LAW LLC**


/s/ *James R. Cummins*
James R. Cummins (0000861)
312 Walnut Street, Suite 1530
Cincinnati, Ohio 45202
Tel: 513.721.9000
Fax: 513.721.9001
jcummins@cumminslaw.us

*Liaison Counsel for Shekhar Agrawal,*
*individually and on behalf of Jai Agrawal*
*and Arya Samaj Greater Houston, and*
*[Proposed] Liaison Counsel for the Class*


**LEVI & KORSINSKY, LLP**
Adam M. Apton (admitted *pro hac vice*)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Shekhar Agrawal,*
*individually and on behalf of Jai Agrawal and*
*Arya Samaj Greater Houston, and [Proposed]*
*Lead Counsel for the Class*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 1, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys on record.

*/s/ James R. Cummins*
James R. Cummins