# EXHIBIT "A"

CONFIDENTIAL – NOT FOR PUBLIC FILING

## <u>SPECIAL POWER OF ATTORNEY</u>

KNOW ALL PERSONS BY THESE PRESENT, that I, Jai Agrawal, do hereby make, constitute and appoint Shekhar Agrawal, and any person designated by him, to act as true and lawful attorney-in-fact for me, in my name, place and stead, jointly and severally, in all matters regarding the lawsuit against Graftech International Ltd. pending in United States District Court for the Northern District of Ohio under Civil Docket No. 1:24-cv-00154 (the "Action"), including the commencement, prosecution, and resolution of the Action and giving and granting unto said attorneys full power and authority to perform all and every act and thing whatsoever requisite, necessary and proper to be done in and without the premises, as fully, to all intents and purposes as they might or could do, with full power of substitution and revocation, hereby ratifying and confirming all that my attorneys or the substitute shall lawfully do or cause to be done.

The rights, powers and authority of said attorneys shall remain in full force and effect until Shekhar Agrawal tenders a written notice of termination.

IN WITNESS HEREOF, I have hereunto set my hand as of March 20th, 2024.

Jai Agrawal

SWORN TO and SUBSCRIBED
Before me this 20 day of March 2024

NOTARY PUBLIC

JACQUELINE MIRON
Notary ID #133017153
My Commission Expires
April 6, 2025