# EXHIBIT "B"

CONFIDENTIAL – NOT FOR PUBLIC FILING

## **SPECIAL POWER OF ATTORNEY**

KNOW ALL PERSONS BY THESE PRESENT, that Arya Samaj Greater Houston ("ASGH") does hereby make, constitute and appoint Shekhar Agrawal, and any person designated by him, to act as true and lawful attorney-in-fact for the ASGH, in its name, place and stead, jointly and severally, in all matters regarding the lawsuit against Graftech International Ltd. pending in United States District Court for the Northern District of Ohio under Civil Docket No. 1:24-cv-00154 (the "Action"), including the commencement, prosecution, and resolution of the Action and giving and granting unto said attorneys full power and authority to perform all and every act and thing whatsoever requisite, necessary and proper to be done in and without the premises, as fully, to all intents and purposes as they might or could do, with full power of substitution and revocation, hereby ratifying and confirming all that ASGH's attorneys or the substitute shall lawfully do or cause to be done.

The rights, powers and authority of said attorneys shall remain in full force and effect until Shekhar Agrawal tenders a written notice of termination.

ASGH makes this appointment in addition to any and all existing rights and authorizations in favor of the above-named appointee. This appointment does not replace or in any way interfere with those rights and authorizations and is intended only to confirm that the above-named appointee is authorized to take all action necessary on behalf of ASGH in connection with the Action.

IN WITNESS HEREOF, I have hereunto set my hand as of March 21, 2024.



_____

Shekhar Agrawal, Treasurer

Arya Samaj Greater Houston

SWORN TO and SUBSCRIBED
Before me this 21st day of March 2024

_____

NOTARY PUBLIC

> BIANCA ESPINOZA
> Notary Public, State of Texas
> Comm. Expires 10-04-2027
> Notary ID 134589006