UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| JOHN C. PORTER, Individually and on Behalf of All Others Similarly Situated, ) ) | No. 1:24-cv-00154-DCN |
| Plaintiff, ) ) ) | Judge Donald C. Nugent |
| ) ) | CLASS ACTION |
| vs. ) ) | |
| GRAFTECH INTERNATIONAL, LTD, et al., ) ) | |
| Defendants. ) ) ) ) | |

**UPR'S MOTION FOR LEAVE TO FILE [PROPOSED] SUR-REPLY IN FURTHER SUPPORT OF ITS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

LAW OFFICE OF GEORGE W. COCHRAN
GEORGE W. COCHRAN
1981 Crossfield Circle
Kent, OH  44240
Telephone:  330/607-2187
330/230-6136 (fax)

ABRAHAM, FRUCHTER & TWERSKY, LLP
MITCHELL M.Z. TWERSKY
ATARA TWERSKY
LAWRENCE D. LEVIT
MICHAEL J. KLEIN
450 Seventh Avenue, 38th Floor
New York, NY  10123
Telephone:  212/279-5050
212/279-3655 (fax)

[Additional counsel appear on signature page.]

4874-3839-8392.v1

Lead plaintiff movant University of Puerto Rico Retirement System ("UPR") respectfully moves the Court for leave to file a sur-reply memorandum in further support of its lead plaintiff motion.  Competing lead plaintiff movant Shekhar Agrawal raised two new arguments for the first time on reply: (1) that UPR is subject to unique defenses due to purported solvency issues; and (2) that he actually intended to move as part of a group after belatedly conceding that he does not have a larger financial interest than UPR (as Mr. Agrawal now admits he suffered less than $560,000 in losses compared to more than $623,000 in losses suffered by UPR).  *See* ECF 30.  In addition, more than two weeks after reply briefing concluded, Mr. Agrawal lodged the powers of attorney upon which his motion purports to be based.  *See* ECF 35.  This filing was made more than five weeks after Mr. Agrawal's initial motion was filed and just days before the lead plaintiff hearing.  A sur-reply "may be allowed in the appropriate circumstances, especially '[w]hen new submissions and/or arguments are included in a reply brief, and a nonmovant's ability to respond to the new evidence has been vitiated.'"  *See Key v. Shelby Cnty.*, 551 F. App'x 262, 265 (6th Cir. 2014) (citation omitted).  Such is the case here because the issues that UPR seeks to address were first introduced in Mr. Agrawal's reply brief and thereafter and constitute new arguments and purported evidence which UPR has not had an opportunity to respond to and which go directly to the lead plaintiff appointment process set forth in the Private Securities Litigation Reform Act of 1995.  *See* 15 U.S.C. §78u-4(a)(3)(B)(iii)(I).

- 1 -

- 2 -

Accordingly, UPR respectfully requests leave to file its proposed sur-reply, which is attached as Exhibit A hereto.

DATED: May 6, 2024

Respectfully submitted,

LAW OFFICE OF GEORGE W. COCHRAN
GEORGE W. COCHRAN

s/ George W. Cochran
GEORGE W. COCHRAN (Bar # 0031691)
1981 Crossfield Circle
Kent, OH 44240
Telephone: 330/607-2187
330/230-6136 (fax)
lawchrist@gmail.com

Local Counsel

ABRAHAM, FRUCHTER & TWERSKY, LLP
MITCHELL M.Z. TWERSKY
ATARA TWERSKY
LAWRENCE D. LEVIT
MICHAEL J. KLEIN
450 Seventh Avenue, 38th Floor
New York, NY 10123
Telephone: 212/279-5050
212/279-3655 (fax)
mtwersky@aftlaw.com
atwersky@aftlaw.com
llevit@aftlaw.com
mklein@aftlaw.com

- 2 -

4874-3839-8392.v1

- 3 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
BRIAN E. COCHRAN
MICHAEL ALBERT
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
bcochran@rgrdlaw.com
malbert@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead
Plaintiff

- 3 -

4874-3839-8392.v1