UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| JOHN C. PORTER, Individually and on Behalf of All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>   vs.<br><br>GRAFTECH INTERNATIONAL, LTD, et al.,<br><br>                Defendants. | No. 1:24-cv-00154-DCN<br><br>Judge Donald C. Nugent<br><br>CLASS ACTION |

**DECLARATION OF GEORGE W. COCHRAN IN SUPPORT OF UPR'S [PROPOSED] SUR-REPLY IN FURTHER SUPPORT OF ITS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF COUNSEL**

LAW OFFICE OF GEORGE W. COCHRAN
GEORGE W. COCHRAN
1981 Crossfield Circle
Kent, OH  44240
Telephone:  330/607-2187
330/230-6136 (fax)

4887-0775-0843.v1

- 1 -

I, George W. Cochran, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1.      I am principal in the Law Office of George W. Cochran, counsel to the University of Puerto Rico Retirement System ("UPR") and have personal knowledge of the facts set forth herein. I make this Declaration in support of UPR's [Proposed] Sur-Reply in Further Support if its Motion for Appointment as Lead Plaintiff and Selection of its Counsel.

2.      A true and correct copy of the following exhibit is attached hereto:

Exhibit 1:      Involuntary Dissolution of Arya Samaj Greater Houston.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 6, 2024.

s/ George W. Cochran
GEORGE W. COCHRAN

- 1 -

4887-0775-0843.v1