# EXHIBIT 1

Reports Unit
P.O. Box 12028
Austin, Texas 78711-2028

Phil Wilson
Secretary of State

## Office of the Secretary of State

**INVOLUNTARY DISSOLUTION**
**OF**
ARYA SAMAJ GREATER HOUSTON
File Number:  120656601

The Secretary of State hereby determines and finds the following:

1.  That the corporation is required to file the periodic report specified by Article 1396-9.01 of the Texas Non-Profit Corporation Act.
2.  That the corporation has failed to file the periodic report prescribed by law when the same has become due.
3.  That the corporation forfeited its right to conduct affairs in this state for failure to file said report.
4.  That the corporation was mailed notice of such forfeiture following a period of not less than thirty (30) days of the requirement to file said report and simultaneously therewith given an additional period of not less than one hundred twenty (120) days to correct the delinquency.
5.  That the corporation has failed prior to such involuntary dissolution to correct the neglect, omission, or delinquency.

It is therefore ordered, as prescribed by Article 1396-9.02E of the Texas Non-Profit Corporation Act, that the domestic corporation be involuntarily dissolved or the certificate of authority of a foreign corporation be revoked without judicial ascertainment.

Dated: January 2, 2008

Phil Wilson
Secretary of State