**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| JOHN C. PORTER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GRAFTECH INTERNATIONAL LTD., DAVID RINTOUL, QUINN COBURN, MARCEL KESSLER, TIMOTHY K. FLANAGAN, JEREMY S. HALFORD, BCP IV GRAFTECH HOLDINGS LP, BROOKFIELD CAPITAL PARTNERS LTD., and BROOKFIELD ASSET MANAGEMENT LTD.,<br><br>Defendants. | No. 1:24-cv-00154-DCN<br><br>Judge Donald C. Nugent<br><br><u>CLASS ACTION</u> |

**<u>SHEKHAR AGRAWAL'S SECOND NOTICE OF LODGING</u>**
**<u>SUPPLEMENTAL EVIDENCE IN ADVANCE OF HEARING</u>**

Movant Shekhar Agrawal, individually and on behalf of Jai Agrawal and Arya Samaj Greater Houston, by and through their undersigned attorneys, respectfully lodges the accompanying exhibits in advance of the hearing in the above-captioned matter scheduled for May 7, 2024:

Exhibit C:    Arya Samaj Greater Houston Corporate Status and Filing History, Texas Secretary of State Official Website (https://direct.sos.state.tx.us/)

Exhibit D:    Tex. Business Organizations Code § 22.365

Movant University of Puerto Rico Retirement System sought and received leave to file a sur-reply on May 6, 2024. Dkt. Nos. 36, 37. The sur-reply portrays inaccurately Arya Samaj Greater Houston's corporate status as inactive. The attached documents, which are subject to judicial notice, show the entity as valid and in existence after filing certain periodic reports. *See* Fed. R. Evid. 201.

Respectfully submitted,

DATED: May 6, 2024

**CUMMINS LAW LLC**

/s/ *James R. Cummins*
James R. Cummins (0000861)
312 Walnut Street, Suite 1530
Cincinnati, Ohio 45202
Tel: 513.721.9000
Fax: 513.721.9001
jcummins@cumminslaw.us

*Liaison Counsel for Shekhar Agrawal, individually and on behalf of Jai Agrawal and Arya Samaj Greater Houston, and [Proposed] Liaison Counsel for the Class*

**LEVI & KORSINSKY, LLP**
Adam M. Apton (admitted *pro hac vice*)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Shekhar Agrawal, individually and on behalf of Jai Agrawal and Arya Samaj Greater Houston, and [Proposed] Lead Counsel for the Class*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 6, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys on record.

*/s/ James R. Cummins*  
James R. Cummins
