# EXHIBIT C

**SOSDirect Session Extended**

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 120656601 | **Entity Type:** | Domestic Nonprofit Corporation |
| **Original Date of Filing:** | September 20, 1991 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | **Non-Profit Type:** | N/A |
| **Tax ID:** | 30114841775 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:**       ARYA SAMAJ GREATER HOUSTON

**Address:**    1710 HWY 6 SOUTH STE C
Houston, TX 77077 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| ✓ | 6257603 | Articles Of Incorporation | September 20, 1991 | September 20, 1991 | No | 3 |
| ✓ | 6257604 | Report Notice | March 20, 1996 | March 20, 1996 | No | 1 |
| ✓ | 6257605 | Nonprofit Periodic Report | May 28, 1996 | May 28, 1996 | No | 1 |
| ✓ | 3465460002 | Certificate of Assumed Business Name | November 5, 2001 | November 5, 2001 | No | 2 |
| ✓ | 180027880001 | Report Notice | July 31, 2007 | July 31, 2007 | No | 1 |
| ✓ | 184089210001 | Notice of Forfeited Rights for Non-Filing of Periodic Report | August 31, 2007 | August 31, 2007 | No | 1 |
| ✓ | 197954410001 | Involuntary Dissolution | January 2, 2008 | January 2, 2008 | No | 1 |
| ✓ | 423301220002 | Nonprofit Periodic Report | May 23, 2012 | May 23, 2012 | No | 4 |
| ✓ | 968949170002 | Change of Registered Agent/Office | May 7, 2020 | May 7, 2020 | No | 2 |
| ✓ | 969236440002 | Nonprofit Periodic Report | May 8, 2020 | May 8, 2020 | No | 3 |
| ✓ | 970661700002 | Nonprofit Periodic Report | May 15, 2020 | May 15, 2020 | No | 2 |
| ✓ | 978490690002 | Certificate of Assumed Business Name | June 23, 2020 | June 23, 2020 | No | 2 |
| ✓ | 978490690003 | Certificate of Assumed Business Name | June 23, 2020 | June 23, 2020 | No | 2 |

[Order]  [Return to Search]

---

Instructions:
● To place an order for additional information about a filing press the 'Order' button.