# EXHIBIT D

## *Tex. Business Organizations Code § 22.365*

This document is current through the 2023 Regular Session; the 1st C.S.; the 2nd C.S.; the 3rd C.S. and the 4th C.S. of the 88th Legislature; and the November 7, 2023 general election results.

*Texas Statutes & Codes Annotated by LexisNexis® > Business Organizations Code > Title 2 Corporations (Chs. 20 — 23) > Chapter 22 Nonprofit Corporations (Subchs. A — J) > Subchapter H Records and Reports (§§ 22.351 — 22.365)*

## Sec. 22.365. Reinstatement.

**(a)** A corporation that is terminated or the registration of which has been revoked as provided by Section 22.364 may be relieved of the termination or revocation by filing the report required by Section 22.357, accompanied by the filing fee for the report, if the corporation has paid:

    **(1)** all fees, taxes, penalties, and interest due and accruing before the termination or revocation; and

    **(2)** an amount equal to the total taxes from the date of termination or revocation to the date of reinstatement that would have been payable if the corporation had not been terminated or had its registration revoked.

**(b)** When the report is filed and the filing fee is paid to the secretary of state, the secretary of state shall:

    **(1)** reinstate the certificate of formation or registration without judicial action;

    **(2)** cancel the word "forfeited" on the record; and

    **(3)** endorse on the record kept in the secretary's office relating to the corporation the words "set aside" and the date of the reinstatement.

**(c)** If a termination or revocation is set aside under this section, the corporation shall determine from the secretary of state whether the name of the corporation is available. If the name of the corporation is not available at the time of reinstatement, the corporation shall amend its corporate name under this code.

## History

Enacted by *Acts 2003, 78th Leg., ch. 182 (H.B. 1156), § 1*, effective January 1, 2006.

Annotations

## Notes

**STATUTORY NOTES**

**Revisor's Notes**

No substantive change is intended.

Texas Statutes & Codes Annotated by LexisNexis®
Copyright © 2024 All rights reserved.

ADAM APTON

Tex. Business Organizations Code § 22.365

**End of Document**

ADAM APTON