# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JOHN C. PORTER, Individually and on Behalf of All Others Similarly Situated, | CASE NO. 1:24-cv-00154 |
| Plaintiff, | JUDGE DONALD C. NUGENT |
| v. | **NOTICE OF APPEARANCE** |
| GRAFTECH INTERNATIONAL LTD., et al., | |
| Defendants. | |

Michael J. Montgomery of the law firm Benesch Friedlander Coplan & Aronoff LLP, along with Andrew Ditchfield of the law firm Davis Polk & Wardell LLP, hereby give notice that they will appear as counsel of record for Defendants BCP IV GrafTech Holdings LP, Brookfield Capital Partners Ltd., and Brookfield Asset Management Ltd.

Dated: November 6, 2024.   Respectfully submitted,

/s/ Michael J. Montgomery
Michael J. Montgomery (0070922)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
127 Public Square, Ste. 4900
Cleveland, OH 44114
Telephone:     216-363-4500
Facsimile:      216-363-4588
Email: mmontgomery@beneschlaw.com

Andrew Ditchfield (*pro hac vice* forthcoming)
DAVIS POLK & WARDELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone:     212-450-3009
Email: andrew.ditchfield@davispolk.com
*Attorneys for Defendants BCP IV GrafTech Holdings LP, Brookfield Capital Partners Ltd., and Brookfield Asset Management Ltd.*

**CERTIFICATE OF SERVICE**

I certify that on November 6, 2024, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ Michael J. Montgomery*
Michael J. Montgomery (0070922)