IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN C. PORTER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> GRAFTECH INTERNATIONAL LTD., DAVID RINTOUL, QUINN COBURN, MARCEL KESSLER, TIMOTHY K. FLANAGAN, JEREMY S. HALFORD, BCP IV GRAFTECH HOLDINGS LP, BROOKFIELD CAPITAL PARTNERS LTD., and BROOKFIELD ASSET MANAGEMENT LTD., <br><br> Defendants. | Case No. 1:24-cv-00154 <br><br> Judge Donald C. Nugent <br><br> Magistrate Judge Jonathan D. Greenberg |

**MOTION OF DEFENDANTS
GRAFTECH, KESSLER, COBURN, FLANAGAN, AND HALFORD
TO STRIKE ALLEGATIONS REGARDING "FORMER ENGINEERING LEAD"**

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, defendants GrafTech International Ltd., Marcel Kessler, Quinn Coburn, Timothy K. Flanagan, and Jeremy S. Halford respectfully move the Court to strike from the First Amended Complaint for Violations of the Federal Securities Laws (the "Complaint") (ECF 56) paragraphs 58 through 63 as well as associated references to supposed statements by the Former Engineering Lead in paragraphs 8, 213, and 214.  As set forth in the accompanying memorandum of law, and as further supported by the Declaration of Geoffrey J. Ritts and the exhibit attached thereto, the allegations are immaterial, impertinent, and scandalous and should be stricken from the Complaint.

Dated:  January 20, 2025

/s/ *Geoffrey J. Ritts*
Geoffrey J. Ritts (0062603)
Adrienne Ferraro Mueller (0076332)
Brittany N. Wilhelm (0096866)
Connor F. Lang (0100348)
JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone:  (216) 586-3939
gjritts@jonesday.com
afmueller@jonesday.com
bwilhelm@jonesday.com
clang@jonesday.com

Marjorie P. Duffy (0083452)
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, Ohio 43215
Telephone: (614) 469-3939
mpduffy@jonesday.com

*Attorneys for Defendants GrafTech International Ltd., Marcel Kessler, Quinn Coburn, Timothy K. Flanagan, and Jeremy S. Halford*

## CERTIFICATE OF SERVICE

A copy of the foregoing Motion of Defendants GrafTech, Kessler, Coburn, Flanagan, and Halford to Strike Allegations Regarding "Former Engineering Lead," with the accompanying Memorandum in Support, Declaration of Geoffrey J. Ritts, and exhibit attached thereto, was filed electronically this 20th day of January, 2025.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.   Parties may access this filing through the Court's system.

/s/ *Geoffrey J. Ritts*
Geoffrey J. Ritts (0062603)
JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone:  (216) 586-3939
gjritts@jonesday.com

*One of the Attorneys for Defendants GrafTech International Ltd., Marcel Kessler, Quinn Coburn, Timothy K. Flanagan, and Jeremy S. Halford*