IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN C. PORTER, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>GRAFTECH INTERNATIONAL LTD., DAVID RINTOUL, QUINN COBURN, MARCEL KESSLER, TIMOTHY K. FLANAGAN, JEREMY S. HALFORD, BCP IV GRAFTECH HOLDINGS LP, BROOKFIELD CAPITAL PARTNERS LTD., and BROOKFIELD ASSET MANAGEMENT LTD.,<br><br>        Defendants. | Case No. 1:24-cv-00154<br><br>Judge Donald C. Nugent<br><br>Magistrate Judge Jonathan D. Greenberg |

**DECLARATION OF GEOFFREY J. RITTS
IN SUPPORT OF THE MOTION OF DEFENDANTS
GRAFTECH, KESSLER, COBURN, FLANAGAN, AND HALFORD
TO STRIKE ALLEGATIONS REGARDING "FORMER ENGINEERING LEAD"**

I, Geoffrey J. Ritts, make this declaration in support of the motion of defendants GrafTech International Ltd. ("GrafTech"), Marcel Kessler, Quinn Coburn, Timothy K. Flanagan, and Jeremy S. Halford to strike from the First Amended Complaint for Violations of the Federal Securities Laws (the "Motion") paragraphs 58 through 63 as well as associated references to supposed statements by the Former Engineering Lead in paragraphs 8, 213, and 214.

1.    I am a partner in the law firm of Jones Day and counsel for defendants GrafTech, Kessler, Coburn, Flanagan, and Halford in this Action.

2.    My business address is North Point, 901 Lakeside Avenue, Cleveland, Ohio 44114-1190.

3.      I was admitted to practice before this Court on July 27, 1995. My bar identification number is OH 0062603.

4.      I certify that attached hereto is, to the best of my knowledge and belief, a true and correct copy of the following document:

| Exhibit | Date | Document Description |
|---------|------|----------------------|
| A | 11/26/2024 | Declaration of Joshua Geitner |

5.      Based upon the foregoing, I respectfully submit the attached document as Exhibit A to the Motion.

6.      I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

Dated:  January 20, 2025                    /s/ *Geoffrey J. Ritts*
                                            Geoffrey J. Ritts (0062603)

2