**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |
|---|---|
| JOHN C. PORTER, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>GRAFTECH INTERNATIONAL LTD., DAVID RINTOUL, QUINN COBURN, MARCEL KESSLER, TIMOTHY K. FLANAGAN, JEREMY S. HALFORD, BCP IV GRAFTECH HOLDINGS LP, BROOKFIELD CAPITAL PARTNERS LTD., and BROOKFIELD ASSET MANAGEMENT LTD.,<br><br>          Defendants. | Case No. 1:24-cv-00154<br><br>Judge Donald C. Nugent<br><br>Magistrate Judge Jonathan D. Greenberg |

**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS GRAFTECH, KESSLER, COBURN, FLANAGAN, AND HALFORD TO DISMISS THE FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

The Motion of Defendants GrafTech, Kessler, Coburn, Flanagan, and Halford to Dismiss the First Amended Complaint for Violations of the Federal Securities Laws (Doc. No. 64) is hereby **GRANTED** and the complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

_____
DONALD C. NUGENT
United States District Judge

DATED: _____