**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JOHN C. PORTER, Individually and on Behalf of All Others Similarly Situated,** | ) | **CASE NO. 1:24 CV 00154** |
| | ) | **JUDGE DONALD C. NUGENT** |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **GRAFTECH INTERNATIONAL LTD., et al.,** | ) | **<u>ORDER</u>** |
| **Defendants.** | ) | (This Order Applies to Documents to Documents ECF #64, #65, #66 & #67) |

For each of the reasons stated in the *Memorandum of Opinion* issued in the above captioned case this date, in connection with the *Motions to Dismiss*:

(1) *Motion of Defendants GrafTech, Kessler, Coburn, Flanagan, and Halford to Dismiss the First Amended Complaint for Violations of the Federal Securities Laws* (ECF #64), is **GRANTED**;

(2) *Defendant David Rintoul's Motion to Dismiss the First Amended Complaint* (ECF #65), is **GRANTED**; and

(3) *Motion of Defendants BCP IV GrafTech Holdings LP, Brookfield Capital Partners Ltd., and Brookfield Asset Management Ltd., to Dismiss the First

*Amended Complaint for Violations of the Federal Securities Laws* (ECF #66), is **GRANTED**.

Additionally, and also for the reasons stated in the *Memorandum of Opinion* issued in the above captioned case this date, the *Motion of Defendants GrafTech, Kessler, Coburn, Flanagan, and Halford to Strike Allegations Regarding "Former Engineering Lead"* (ECF #67), is **GRANTED**.

IT IS SO ORDERED.

Donald C. Nugent

DONALD C. NUGENT
United States District Judge

DATED: August 18, 2025